THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST LABORERS EMPLOYERS HEALTH & SECURITY TRUST, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>PRO CLEAN NW LLC,<br><br>Defendant. | CASE NO. C23-1970-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. Plaintiffs filed a complaint on December 21, 2023. (Dkt. No. 1.) Since then, Plaintiffs have not provided an affidavit of service pursuant to Federal Rule of Civil Procedure 4(l). Plaintiffs are therefore ORDERED to show cause why the case should not be dismissed for failure to prosecute. *See* Fed. R. Civ. P. 4(m). Plaintiffs' written response is due Friday, July 12, 2024. The Court DIRECTS the Clerk to mail Plaintiff a copy of this order.

//
//
//
//

MINUTE ORDER
C23-1970-JCC
PAGE - 1

DATED this 28th day of June 2024.

Ravi Subramanian<br>
Clerk of Court

s/Kathleen Albert<br>
Deputy Clerk