THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST LABORERS EMPLOYERS HEALTH & SECURITY TRUST, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PRO CLEAN NW LLC, <br><br> Defendant. | CASE NO. C23-1970-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiffs' response (Dkt. No. 5) to the Court's order to show cause (Dkt. No. 4). Plaintiffs filed a complaint on December 21, 2023. (Dkt. No. 1.) Since then, Plaintiffs have not provided an affidavit of service pursuant to Federal Rule of Civil Procedure 4(l). The Court therefore ordered Plaintiffs to show cause why the case should not be dismissed for failure to prosecute. *See* Fed. R. Civ. P. 4(m). In response, Plaintiffs indicated that they repeatedly attempted service on Defendant, but their process server was unsuccessful each time. (*See* Dkt. No. 4 at 1.) Accordingly, they seek leave to apply for a second summons and an additional 60 days following its issuance to perfect service on Defendant. (*See id.*) Finding good cause, Plaintiffs' request is GRANTED. If Plaintiffs fail to perfect service within 60 days of the issuance of the second summons, the Court will dismiss this case.

MINUTE ORDER
C23-1970-JCC
PAGE - 1

1 | DATED this 30th day of July 2024.

<u>Ravi Subramanian</u>
Clerk of Court

<u>s/Kathleen Albert</u>
Deputy Clerk

MINUTE ORDER
C23-1970-JCC
PAGE - 2